UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　　Plaintiff,<br>v.<br>JASON MICHAEL ENTRIKIN,<br><br>　　　　　　　　　Defendant. | Case No. 2:16-cr-00306-APG-PAL<br><br>ORDER<br><br>(Stip Ext Time – ECF No. 45) |

　　　Before the court is the parties' Stipulation to Continue Deadline to File Objections to the Report and Recommendation (ECF No. 44) (ECF No. 45). The parties' stipulation proposes to extend the time for the government to file objections from November 27, 2017, to December 11, 2017, beyond the December 4, 2017 trial date. As the stipulation does not address the calendar call and trial date, and applicable exclusions under the Speedy Trial Act,

　　　**IT IS ORDERED** that the Stipulation (ECF No. 45) is **DENIED without prejudice**.

　　　DATED this 15th day of November, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE