# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

-oOo-

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 2:16-cr-306-APG-PAL |
| Plaintiff, | ORDER OF DISMISSAL |
| v. | |
| JASON ENTRIKIN, | |
| Defendant. | |

Based on the Motion of the Government, and good cause appearing therefore, IT IS ORDERED, that pursuant to the Government's Motion to Dismiss Indictment, and in accordance with Fed. R. Crim. P. 48(a), the Criminal Indictment filed on November 1, 2016 in the above-captioned case is hereby DISMISSED.

Dated: December 12, 2017.

_____
HON. ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

3